_____

**SO ORDERED,**

*[signature: Katharine M. Samson]*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: February 12, 2018

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    Kimberly Bridget Freeman,                          CASE NO: 17-52392 KMS

    **DEBTOR.**                                                                **CHAPTER 13**

Christopher Meredith, Esq.
Allen Flowers, Esq.

### ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on March 22, 2018, at 10:30 a.m. in the William F. Colmer Federal Courthouse, Courtroom 1, 701 North Main Street, Hattiesburg, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to submit the appropriate order or judgment resulting from the hearing set on January 25, 2018, on the Motion for Relief from Stay filed by BankPlus (Dkt. #15) in the above-styled case.   *See* Miss. Bankr.L. R. 1001-1(g) and 9013-1(e).

##END OF ORDER##