___

**SO ORDERED,**

*[signature]*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 27, 2018**

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: KIMBERLY BRIDGET FREEMAN | CASE NO. 17-52392-KMS |
| DEBTOR | CHAPTER 13 |

### AGREED ORDER ON BANKPLUS'S
### MOTION TO LIFT AUTOMATIC STAY

This matter is before the Court on the *BankPlus's Motion to Lift Automatic Stay* (Dkt. # 15, the "Motion"), filed by BankPlus, and the *Reply to BankPlus' Motion to Abandon Collateral* (Dkt. # 29, the "Response") filed by Kimberly Bridget Freeman (the "Debtor"). The Court, having considered the Motion, being advised that BankPlus, the Debtor, and the duly appointed Chapter 13 Trustee (the "Trustee") agree to the relief set forth herein, and being otherwise fully advised in the premises, finds that the relief set forth in this Agreed Order should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that BankPlus shall have an allowed secured claim pursuant to 11 U.S.C. § 502(b) in the amount of $15,000.00 as of the Petition Date, which is secured by the Debtor's 2011 Ford Explorer XLT vehicle bearing VIN # 1FMHK7D8XBGA92696 (the "Collateral").

**IT IS FURTHER ORDERED AND ADJUDGED** that the Debtor's *Chapter 13 Plan and Motions for Valuation and Lien Avoidance* (Dkt. # 25, the "Plan") shall be amended, if necessary,

to pay to BankPlus the full amount of its allowed secured claim of $15,000.00 as of the Petition Date, plus 6% interest thereon, over the Plan period.

**IT IS FURTHER ORDERED AND ADJUDGED** that the terms of this Agreed Order shall be deemed to resolve the Debtor's motion for valuation of security contained in Part 3.2 of the Plan.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Chapter 13 Trustee shall amend the Plan payments in accordance with the terms of this Agreed Order.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to 11 U.S.C. § 363(e), the Debtor shall maintain a policy of insurance covering the Collateral. Such policy of insurance shall name BankPlus as loss payee, and otherwise shall comply with the insurance requirements set forth in the July 21, 2017 *Collateral Security Agreement* (the "Security Agreement") that the Debtor executed in favor of BankPlus, a copy of which was included in Exhibit "B" to the Motion. The Debtor shall promptly provide BankPlus with copies of any renewal notices and documents, and with any other insurance-related documents BankPlus may reasonably request to determine status of coverage of the Collateral.

~~IT IS FURTHER ORDERED AND ADJUDGED~~ that, pursuant to 11 U.S.C. §§ 362(d)(1) and 363(e), ~~the automatic~~ stay of Section 362 of the Bankruptcy Code with respect to BankPlus's interest in ~~and to~~ the Collateral is hereby conditioned upon the Debtor's timely payment of the Plan ~~payments to~~ BankPlus as set forth in this Agreed Order. (sjd)

**IT IS FURTHER ORDERED AND ADJUDGED** that: (i) this Agreed Order is without prejudice to BankPlus's right to seek further relief from the automatic stay and/or further adequate protection; (ii) the relief set forth herein shall be applicable ~~to any later case filed by~~ (KMS) ~~or against the Debtor under the Bankruptcy Code, or~~ upon the conversion of this case to any

2

other Chapter under the Bankruptcy Code; and (iii) this Order constitutes a final judgment as contemplated by the Federal Rules of Bankruptcy Procedure.

## ##END OF ORDER##

| PREPARED, AGREED TO, AND SUBMITTED BY: | AGREED TO BY: |
|---|---|
| /s/ Christopher H. Meredith | /s/ Allen Flowers |
| William H. Leech, MSB No. 1175 | Allen Flowers, MSB No. 7494 |
| Sarah Beth Wilson, MSB No. 103650 | 341 N. 25th Avenue |
| Christopher H. Meredith, MSB No. 103656 | Hattiesburg, MS 39401 |
| COPELAND, COOK, TAYLOR & BUSH, P.A. | 601-583-9300 |
| 600 Concourse, Suite 100 | *Counsel for the Debtor* |
| 1076 Highland Colony Parkway (Zip—39157) | |
| P.O. Box 6020 | /s/Samuel J. Duncan, Atty for |
| Ridgeland, MS 39158 | J.C. Bell    17-52392 |
| Telephone: (601) 856-7200 | P.O. Box 566 |
| Facsimile: (601) 856-7626 | Hattiesburg, MS 39403 |
| bleech@cctb.com | (601) 582-5011 |
| sbwilson@cctb.com | mdg@jcbell.net |
| cmeredith@cctb.com | *Chapter 13 Trustee* |
| *Counsel for BankPlus* | |

3