UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDING: |
| KIMBERLY BRIDGET FREEMAN | 17-52392 KMS |
| 466 Welch Road | |
| Laurel, MS  39443 | |

## MOTION TO INCREASE PLAN PAYMENT

THAT THE SUM PROPOSED TO BE PAID as a Plan Payment by the Debtor is insufficient to complete the payment of the Plan in the originally scheduled number of months proposed by the Debtor.

WHEREFORE, TRUSTEE MOVES THE COURT to increase the Debtor's Plan Payment to the sum of $1,610.00 per month beginning with the month of November 06, 2018.

RESPECTFULLY SUBMITTED:  September 25, 2018

/s/  J.C. BELL
J.C. BELL, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403

## CERTIFICATE OF SERVICE

I, J.C. BELL, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion to Debtor, Debtor's Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day,  September 25, 2018.

DEBTOR:

KIMBERLY BRIDGET FREEMAN
466 Welch Road
Laurel, MS  39443

| ATTORNEY FOR DEBTOR: | U.S. TRUSTEE: |
|---|---|
| ALLEN FLOWERS | 501 East Court Street |
| 341 N. 25TH AVE | Suite 6-430 |
| HATTIESBURG, MS  39401 | Jackson, MS  39201 |

/s/  J.C. BELL
J.C. BELL, TRUSTEE