Form hn001kms (Rev. 12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**Kimberly Bridget Freeman**

**DEBTOR.**

**CASE NO. 17−52392−KMS**

**CHAPTER 13**

## NOTICE OF HEARING

J.C. Bell, Trustee has filed a Motion to Increase Plan Payment (the "Motion") (Dkt. #121) with the Court in the above−styled case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold a hearing on October 25, 2018, at 10:30 AM in the William M. Colmer Federal Building, Courtroom 1, 701 Main Street, Hattiesburg, Mississippi, to consider and act upon the Motion and the Reply filed by the Debtor (Dkt. #123).

If you filed a response, you or your attorney are required to attend the hearing. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. The hearing will be electronically recorded by the Court.

Dated: 9/28/18

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

<u>Parties Noticed</u>:

Kimberly Bridget Freeman, Debtor

Allen Flowers, Esq.

J.C. Bell, Trustee

Samuel J. Duncan, Esq.